U. S. DISTRICT COURT
Southern District of GA
Filed in Office

3/7 20 18

Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR _____ CR218_014 |
| ) | |
| v. ) | 21 U.S.C. § 846 |
| ) | Conspiracy to Possess With |
| JOHN EUGENE OVERCASH, ) | Intent to Distribute and to |
|   a/k/a "Cowboy," ) | Distribute Controlled Substances |
| KENNETH LEON BRADLEY, ) | (Cocaine, Crack, Marijuana) |
| JEREMY MCINTYRE, ) | |
| RICHARD CARTER, ) | 21 U.S.C. § 841(a)(1) |
| DARRIUS MERRELL, ) | Distribution/Possession with |
| ANDREW JACKSON, ) | Intent to Distribute a Controlled |
|   a/k/a "Drew," ) | Substance (Cocaine, Crack, |
| KENEIL KING, ) | Marijuana) |
| JESSICA TABUTEAU, ) | |
| TROY CROSBY, ) | 18 U.S.C. § 922(g) |
| AMY MANSON, ) | Possession of a Firearm by a |
| EDRIN TEMPLE, ) | Prohibited Person |
|   a/k/a "Pete McCiver," ) | |
| ANTHONY BERNARD LEWIS, ) | 21 U.S.C. § 856(a)(1) |
|   a/k/a "Amp," ) | Maintaining a Drug-Involved |
| JOSEPH SIMMONS, ) | Premises |
|   a/k/a "Bug," ) | |
| TOMMY MURRAY, ) | 18 U.S.C § 924(c) |
| CLIFTON FOSTER, and ) | Possession of a Firearm in |
| MARCUS MUNGIN. ) | Furtherance of a Drug |
| ) | Trafficking Crime |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalty for the offense charged in the Indictment is as follows:

**Count 1:**  *Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances (5 Kilograms or More of Cocaine, a Quantity of Cocaine Base "Crack," and a Quantity of Marijuana)*
21 U.S.C. § 846

- Not less than 10 years of imprisonment, not more than life;
- Not more than a $10,000,000 fine;
- Not less than 5 years of supervised release, up to life;
- $100 mandatory special assessment.

However, if the defendant has a prior felony drug trafficking conviction then:

- Not less than 20 years of imprisonment, not more than life;
- Not more than $20,000,000 fine;
- Not less than 10 years of supervised release, up to life;
- $100 mandatory special assessment.

However, if the defendant has two or more prior felony drug convictions then:

- Not less than LIFE in prison;
- Not more than a $20,000,000 fine;
- $100 mandatory special assessment.

**Counts 2-18:**  *Distribution of Controlled Substance (Cocaine and Crack)*
21 U.S.C. § 841(a)(1)

- Imprisonment of not more than 20 years;
- A fine of not more than $1,000,000
- A supervised release term of not less than 3 years;
- $100 special assessment.

**Counts 19, 22:**  *Possession of Controlled Substance with Intent to Distribute (Cocaine)*
21 U.S.C. § 841(a)(1)

- Imprisonment of not more than 20 years;
- A fine of not more than $1,000,000
- A supervised release term of not less than 3 years;
- $100 special assessment

2

| | |
|---|---|
| **Counts 20, 24, 28:** | *Possession of a Firearm by a Prohibited Person,* 18 U.S.C. § 922(g) |

- Not more than 10 years of imprisonment;
- Not more than $250,000 fine;
- Not more than 3 years of supervised release; and
- $100 mandatory special assessment.

However, if the defendant has three prior convictions for serious drug offenses or crimes of violence, then

- Not less than 10 years of imprisonment, up to life;
- Not more than $250,000 fine;
- Not more than 5 years of supervised release; and
- $100 mandatory special assessment.

| | |
|---|---|
| **Counts 21, 25:** | *Maintaining a Drug-Involved Premises* 21 U.S.C. § 856(a)(1) & 18 U.S.C. § 2 |

- Not more than 20 years of imprisonment
- Note more than a $500,000 fine
- A supervised release term of not less than 3 years;
- $100 special assessment

| | |
|---|---|
| **Count 23:** | *Possession of Controlled Substance with Intent to Distribute (500 Grams or More of Cocaine and Marijuana)* 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2 |

- Not less than 5 years of imprisonment, not more than 40 years;
- Not more than $5,000,000 fine;
- Not less than 4 years of supervised release, up to life;
- $100 mandatory special assessment.

However, if the defendant has a prior felony drug trafficking conviction, then:

- Not less than 10 years of imprisonment, not more than life;
- Not more than $8,000,000 fine;
- Not less than 8 years of supervised release, up to life;
- $100 mandatory special assessment.

3

**Count 26:** *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

- Not less than 5 years of imprisonment, up to life;
- Not more than $250,000 fine;
- Not more than 5 years of supervised release;
- $100 mandatory special assessment.

However, if convicted of a second or subsequent violation of § 924(c), then,

- Not less than 25 years of imprisonment, up to life;
- Not more than a $250,000 fine;
- Not more than 5 years of supervised release;
- $100 mandatory special assessment.

This sentence MUST be run consecutive to other sentences imposed in this case.

**Count 27:** *Possession of Controlled Substance with Intent to Distribute (Marijuana)*
21 U.S.C. § 841(a)(1)

- Not more than 5 years imprisonment;
- A fine of not more than $250,000;
- At least 2 years supervised release; and
- A $100 special assessment.

**Count 29:** *Possession of Controlled Substance with Intent to Distribute (500 Grams or More of Cocaine)*
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

- Not less than 5 years of imprisonment, not more than 40 years;
- Not more than $5,000,000 fine;
- Not less than 4 years of supervised release, up to life;
- $100 mandatory special assessment.

However, if the defendant has a prior felony drug trafficking conviction, then:

- Not less than 10 years of imprisonment, not more than life;

4

- Not more than $8,000,000 fine;
- Not less than 8 years of supervised release, up to life;
- $100 mandatory special assessment.

**Counts 30-36**        *Unlawful Use of a Communications Facility*
21 U.S.C. § 843(b) & 18 U.S.C. § 2
- Up to 4 years of imprisonment;
- A fine of not more than $250,000;
- One year supervised release; and
- A $100 special assessment.

Respectfully submitted,

BOBBY L. CHRISTINE
United States Attorney

*s/ Matthew A. Josephson*
Matthew A. Josephson
Assistant United States Attorney
Georgia Bar No. 367216

*s/ E. Greg Gilluly, Jr.*
E. Greg Gilluly, Jr.
Assistant United States Attorney
TN019397