PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 MAR 22 PM 1: 54

CLERK _D Jayh_
SO. DIST. OF GA.

## PASSPORT RECEIPT

NAME  Andrew Jackson - #4635283

DATE REC'D  03/22/2018

PASSPORT NUMBER  A3176617

COUNTRY OF ORIGIN  Jamaica

EXPIRATION DATE  8/18/2020

~~DEFENDANT'S SIGNATURE~~ Rule 5-In docs FLM to GAS / Sherry Taylor, Deputy in Charge

_Sherry Taylor_
_USDC Clerk's Office_

OFFICER'S SIGNATURE

_Thomas Hwth_

DATE RETURNED _____

REC'D BY _____

REC'D FROM _____

PURPOSE RETURNED _____

ADDRESS (if mailed) _____