UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 218-14 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW JACKSON | ) | |

**GOVERNMENT'S RULE 16 EXPERT DISCLOSURE**

The United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, hereby states as follows:

1. Pursuant to Fed. R. Crim. Proc. 16(a)(1)(G), the Government hereby gives notice that it may call the following individuals as an expert witness at the trial of the above-captioned matter.

2. The Government may call Elizabeth Adkins as an expert witness at the trial of this case. Ms. Adkins is a Senior Forensic Chemist with the Drug Enforcement Administration, Office of Forensic Sciences, in Miami, Florida. Ms. Adkins is an expert in the testing and identification of controlled substances. She is expected to testify as to the testing, analysis, and identification of the controlled substances seized in this case. Ms. Adkins's analysis and conclusions are set forth in the Chemical Analysis Reports produced to Defendant in discovery. Ms. Adkins's qualifications are set forth in her curriculum vitae produced to Defendant in discovery.

3. The Government may call Deepa Vanmali as an expert witness at the trial of this case. Ms. Vanmali is a Senior Forensic Chemist with the Drug

Enforcement Administration, Office of Forensic Sciences, in Miami, Florida. Ms. Vanmali is an expert in the testing and identification of controlled substances. She is expected to testify as to the testing, analysis, and identification of the controlled substances seized in this case. Ms. Vanmali's analysis and conclusions are set forth in the Chemical Analysis Reports produced to Defendant in discovery. Ms. Vanmali's qualifications are set forth in her curriculum vitae produced to Defendant in discovery.

    4.    The Government may call Jeremy Johnson as an expert witness at the trial of this case. Mr. Johnson is an agent with the Chatham-Savannah Counter Narcotics Team in Savannah, Georgia. Mr. Johnson is a certified marijuana-identification examiner, having successfully completed all certification requirements established by the Georgia Bureau of Investigation, Division of Forensic Sciences. Mr. Johnson is expected to testify as to the testing, analysis, and identification of the marijuana seized in this case. Mr. Johnson's analysis and conclusions are set forth in the CNT Marijuana Identification Official Reports produced to Defendant in discovery. Mr. Johnson's GBI certification also has been produced to Defendant in discovery.

This 18th day of January, 2019.

                            BOBBY L. CHRISTINE
                            UNITED STATES ATTORNEY

                            ***/s/ Matthew A. Josephson***
                            Matthew A. Josephson
                            Assistant United States Attorney

        Georgia Bar No. 367216

        ***/s/ E. Greg Gilluly, Jr.***
        E. Greg Gilluly, Jr.
        Assistant United States Attorney
        Tennessee Bar No. 019397

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

    Respectfully submitted,

    BOBBY L. CHRISTINE
    UNITED STATES ATTORNEY

    ***/s/ Matthew A. Josephson***
    Matthew A. Josephson
    Assistant United States Attorney
    Georgia Bar No. 367216

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422