UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA       :
                               :
                               :
                               :
v.                             :       Case No.:  2:18-CR-14-LGW-BWC
                               :
                               :
                               :
ANDREW JACKSON                 :
_____:

## DEFENDANT ANDREW JACKSON'S
## PROPOSED VOIR DIRE EXAMINATION QUESTIONS

COMES NOW, the Defendant, ANDREW JACKSON, by and through his undersigned counsel, pursuant to local rules and the rules of this Honorable Court, hereby files these proposed voir dire questions and in support states as follows:

I.   Contacts with the Prosecution

    a.   Do any of you know anyone who has or does work for the United States Attorney's Office or the United States Department of Justice? If yes,

        i.   Who do you know?

        ii.   Where does this person work?

        iii.   What is your relationship to this person?

        iv.   Will this relationship cause you to believe that the Defendant is likely guilty of the charges in this case?

        v.   Will this relationship cause you to believe that the government could not wrongfully charge someone? Intentionally or unintentionally?

II. Right to a Fair Trial and Prejudicial Opinion on Drug Use and Drug Trafficking

    a. The crimes charged in the indictment are illegal. No one in this trial will tell you otherwise. Because these crimes are illegal, it would not be unusual for any members of this jury panel to have strong negative feelings about the Defendant as a result. That said every defendant in our criminal justice system has a right to a fair trial. For those of you with strong negative opinions:

        i. Does your strong negative opinion affect your ability to be a fair and impartial juror in this case?

III. Presumption of Innocence

    a. An indictment is not evidence of guilt. Every person accused of a crime is presumed to be innocent until proven guilty. Each and every element of a crime charged must be proven to you beyond a reasonable doubt.

        i. Do any of you have difficulty with the legal principle of the presumption of innocence?

        ii. Do any of you have difficulty with the rule of law that an indictment is not evidence of guilt?

        iii. Do any of you have difficulty with the legal principle that because a person is arrested, charged with a crime and on trial is not evidence that he committed a crime?

        iv. Do any of you have any preconceived notions about my client's guilt in this case because he is present in court awaiting trial?

        v. Do any of you have any preconceived notions about my client's guilt in this case because he is referred to as a "Defendant"?

IV. Guilt by Association/Indictment is Not Evidence of Guilt

    a.  Does anyone agree with the following statement:

        i.  Since the Defendant was indicted, he must be guilty of something?

        ii.  Since the Defendant has co-defendants he must be guilty of something?

        iii.  Since the Defendant has co-defendants who pleaded guilty and cooperated with the government he must be guilty of something?

V.  Burden of Proof/Reasonable Doubt

    a.  The burden of proving each element of each crime beyond a reasonable doubt rests solely with the prosecution. This burden never shifts to the defendant. The defendant in a criminal case never has an obligation to prove her innocence or offer any proof relating to her innocence.

        i.  Does anyone disagree with these principles of law?

VI. Right Not to Testify

    a.  Every defendant in a criminal case has the right not to testify and you may not consider a defendant's decision not to testify at any stage of the proceeding, including, most importantly, jury deliberations.

        i.  Does anyone think a defendant should testify on her own behalf?

        ii.  Does anyone think that if a defendant does not testify he is hiding something from the jury?

        iii.  Does anyone think that if a defendant does not testify he is guilty?

VII.   Guilt by Association

    a.  The law requires a jury to consider the evidence against each defendant individually. Is there anyone on the panel who would have a difficult time

considering the evidence against the defendant, even if all of the other defendants in this case pleaded guilty?

VIII.   Catch-All Question

    a.   Is there anyone who sits here now that believes that the defendant must have done something or else he would not be on trial?

    b.   Is there anyone who sits here now that has already formed any opinion, however strong, of the guilt of the defendant?

    c.   Is there anyone who sits here now that for whatever reason is unwilling or unable to serve a totally fair and impartial juror in this case?

## **CONCLUSION**

WHEREFORE, the Defendant, ANDREW JACKSON, by and through his undersigned counsel respectfully requests this Honorable Court ask the potential jury members these proposed voir dire questions.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
Direct:          (813) 228-6989
Email: mjo@markjobrien.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on January 23, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire