UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 2:18-CR-14-LGW-BWC |
| | : | |
| ANDREW JACKSON | : | |

**DEFENDANT ANDREW JACKSON'S NOTICE TO THE COURT REGARDING THE GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

COMES NOW, the Defendant, ANDREW JACKSON, by and through his undersigned counsel, pursuant to local rules and the rules of this Honorable Court, hereby files this notice to the court with respect to the government's proposed jury instructions and in support states as follows:

1. The Defendant objects to the use of all non-Eleventh Circuit Pattern Jury Instructions.

2. The Defendant reserves the right to reject, modify or suggest additional jury instructions at the close of evidence.

## **CONCLUSION**

WHEREFORE, the Defendant, ANDREW JACKSON, by and through his undersigned counsel respectfully files this notice to the court.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
Direct:	(813) 228-6989
Email: mjo@markjobrien.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on January 23, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

<u>By: /s/ Mark J. O'Brien</u>
Mark J. O'Brien, Esquire