UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | |
| v. | : | Case No.:  2:18-CR-14-LGW-BWC |
| | : | |
| | : | |
| | : | |
| ANDREW JACKSON | : | |
| _____ | : | |

### DEFENDANT ANDREW JACKSON'S EXHIBIT LIST

COMES NOW, the Defendant, ANDREW JACKSON, by and through his undersigned counsel, pursuant to local rules and the rules of this Honorable Court, hereby files his exhibit list and in support states as follows:

1.  Plea Agreement of Jessica Tabuteau

2.  Plea Agreement of Keneil King

3.  Plea Agreement of Darrius Merrell

4.  Plea Agreement of John Eugene Overcash

## **CONCLUSION**

WHEREFORE, the Defendant, ANDREW JACKSON, by and through his undersigned counsel respectfully files this his exhibit list.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Tampa, Florida 33606
Direct:          (813) 228-6989
Email:  mjo@markjobrien.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on January 24, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire