UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 218-14 |
| | ) | |
| ANDREW JACKSON | ) | |
| | ) | |

STIPULATIONS OF THE PARTIES

The United States of America and Defendant Andrew Jackson hereby stipulate and agree that the following facts are true. The jury may accept these facts as proven beyond a reasonable doubt without the necessity of any additional evidence or testimony:

1. The cellular telephone number 541-609-1723 was assigned to a Verizon Wireless account in the name of Sanjay Smith of 175 Yorktown Drive, Brunswick, Georgia with an activation date of March 2016 and a termination date of November 2017. The activation record and subscriber record from Verizon Wireless for telephone number 541-609-1723, marked as Government Exhibit 4-12 and 4-13, are true and authentic and admissible and Federal Rule of Evidence 902(11) and 902(13).

2. The call detail records from AT&T for cellular telephone number 912-242-2432, marked as Government Exhibit 4-6a, are true and authentic and admissible under Federal Rule of Evidence 902(11) and 902(13).

3. From at least April 2016 until September 22, 2017, Andrew Jackson operated a Facebook account under the name "Flamey Toprankin Spendaz."

4. The cocaine seized from the vehicle driven by John Overcash on August 29, 2017, marked as Government Exhibit 3-1, was in fact cocaine, a Schedule II controlled substance, with a net weight of 416.7 grams. (ATF Ex. 16)

5. The marijuana seized from the garage at 1199 West Shore drive on August 29, 2017, marked as Government Exhibit 3-2, was in fact marijuana, a Schedule I controlled substance, with a net weight of 10,408.624 grams. (ATF Ex. 47)

6. The cocaine seized from the cabinet in the laundry room at 1199 West Shore drive on August 29, 2017, marked as Government Exhibit 3-3, was in fact cocaine, a Schedule II controlled substance, with a net weight of 4,009.3 grams. (ATF Ex. 19)

7. The cocaine seized from a safe in the laundry room located at 1199 West Shore drive on August 29, 2017, marked as Government Exhibit 3-4, was in fact cocaine, a Schedule II controlled substance, with a net weight of 723.6 grams. (ATF Ex. 14)

8. The marijuana seized from a gym bag and two plastic bags in the laundry room at 1199 West Shore drive on August 29, 2017, marked as Government Exhibit 3-5, was in fact marijuana, a Schedule I controlled substance, with a net weight of 877.7 grams. (ATF Ex. 44)

9. The cocaine seized from a cardboard box in the laundry room at 1199 West Shore drive on August 29, 2017, marked as Government Exhibit 3-6, was in fact cocaine, a Schedule II controlled substance, with a net weight of 216.2 grams. (ATF Ex. 21)

10. The marijuana seized from Darrius Merrell's residence at 119 Bishop Street, Brunswick, Georgia, on September 22, 2017, marked as Government Exhibit 3-7, was in fact marijuana, a Schedule I controlled substance, with a net weight of 167.1 grams. (ATF Ex. 55)

11. Andrew Jackson, Darrius Merrell, and Sanjay Smith previously worked together at Sea Island Company in St. Simons Island, Georgia. Andrew Jackson was employed there from February 20, 2012 through February 22, 2014; Darrius Merrell was employed there from February 27, 2012 through November 6, 2015; and Sanjay Smith was employed there from February 3, 2014 through the present. The employment records for these three individuals, marked as Government Exhibit 4-2 (Jackson), 4-3 (Merrell), and 4-4 (Smith), are certified domestic records of a regularly conducted activity and are admissible under Federal Rule of Evidence 902(11).

12. Prior to residing in the Orlando area of Florida, Andrew Jackson previously resided in Glynn County. He has a Georgia Driver's License that lists an address located in Glynn County. A copy of Andrew Jackson's Georgia driver's license, marked as Government Exhibit 4-1, is true and authentic and admissible under Federal Rule of Evidence 902(4).

*Signatures on following page*

Respectfully submitted,

Andrew Jackson
Defendant

Mark J. O'Brien
Defense Counsel for Andrew Jackson

Matthew Josephson
Assistant United States Attorney

Greg Gilluly, Jr.
Assistant United States Attorney