UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 218-14 |
| | ) | |
| ANDREW JACKSON | ) | |
| | ) | |

### MOTION TO ADMINISTER OATH TO OUT OF TOWN WITNESSES PRIOR TO TESTIMONY

Comes now the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and moves the Court for permission to excuse out of town witnesses from the Court's initial Administration of Oath that is typically performed immediately following jury selection. The government submits that two forensic chemist are travelling to appear at the trial. Both are traveling from out of town and expected to testify on Wednesday, January 30, 2019. The government has and will explain the rule of Sequestration.

This 25th day of January, 2019.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Matthew A. Josephson*
Matthew A. Josephson
Assistant United States Attorney
Georgia Bar No. 367216

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing that was generated as a result of electronic filing in this Court.

This 25th day of January, 2019.

/s/ *Matthew A. Josephson*
Matthew A. Josephson
Assistant United States Attorney
Georgia Bar No. 367216

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422