# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-14**  
TITLE **USA v. Andrew Jackson**  
TIMES **9:00 - 5:10**

DATE **01/29/2019**  
TOTAL **8 hours 10 minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  
Court Reporter : **Debra Gilbert**

Courtroom Deputy : **Whitney Sharp**  
Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Matthew Josephson<br>Greg Gilluly | Mark O'Brien | |

PROCEEDINGS : **Jury Selection / Trial**

☑ In Court  
☐ In Chambers

Voir Dire begins 9:00 /  
Batson Challenge as to juror #10 - denied  
Jury Impaneled and sworn 12:01  
Break 12:01 - 1:15  
Preliminary jury instructions 1:19 - 1:35  
Rule of sequestration invoked and witnesses sworn 1:35  
Government opening statement 1:37 - 1:51 / Defense opening 1:51 - 2:00  
Government exhibit 5-1 tendered and admitted (Stipulations)  
Government witness Special Agent Todd Kennedy 2:07 - 3:47  
Break 3:00 - 3:30 (Special Agent Kennedy continued after break)  
Government exhibits 1-01a, 1-01b, 1-02a through 1-02o, 2-01 through 2-31, 2-35 through 2-43, 3-1 through 3-8, 4-2 through 4-5, 4-6a, 4-6b, 4-12 through 4-15 tendered and admitted without objection.  
Defense Cross 3:47 - 4:29 / Government redirect 4:29 - 4:33  
Government Witness Elizabeth Adkins 4:34 - 4:39  
Witness has been deemed as an expert witness in the field of Forensic Chemistry  
Defense Cross 4:39 - 4:43

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-14**                                                                 DATE **01/29/2019**

TITLE **USA v. Andrew Jackson**

PROCEEDINGS (continued): **Jury Selection / Trial**

**Government witness Special Agent Lawson 4:44 - 4:59 / Defense Cross 4:59 - 5:07**
**Government redirect 5:07 - 5:09**
**Exhibit 4-16 , 4-1, 2-44, tendered and admitted without objection.**
**Recess 5:10**