# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA,

v.

ANDREW JACKSON,

    Defendant.

CR 2:18-014

## ORDER

Defendant was indicted on two counts. Because of the pending criminal charges, Defendant was required to turn in his passport. A jury acquitted Defendant on both counts. No charges remain against Defendant. Defendant now moves for the return of his passport. Dkt. No. 599. Upon consideration of the request by Defendant, said request is hereby **GRANTED**.

IT IS HEREBY **ORDERED** that Defendant's passport be returned to him.

**SO ORDERED**, this 5th day of February, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA